[No. 10739-9-I. Division One. December 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW STEVEN JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-01506-1, Jack Richey, J. Pro Tem., entered July 21, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.

[Nos. 4789-0-III; 4811-0-III. Division Three. December 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARGARET DAVILA, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. GUSTAVO DAVILA, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, No. 81-1-00323-6, Bruce P. Hanson, J., entered September 14 and October 13, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 10364-4-I. Division One. December 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD WILLIAM SWANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-00155-2, Lloyd W. Bever, J., entered May 20, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.